IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                         No. 4:04CR00189 GH

DEXTER ROSS

FINAL ORDER OF FORFEITURE

WHEREAS, on March 17, 2006, this Court entered a Preliminary
Order of Forfeiture, ordering defendant to forfeit:

**A Ruger P95DC 9mmx19 semiautomatic pistol, serial number
31448334**

and

WHEREAS, the United States determined that the above
referenced firearm is a stolen firearm; and

WHEREAS, the Court finds that defendant DEXTER ROSS had an
interest in the property that is subject to forfeiture pursuant
to Title 18 U.S.C. Section 924(d) and Title 28 U.S.C. Section
2461(c).

NOW  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED
that the asset described as:

**A Ruger P95DC 9mmx19 semiautomatic pistol, serial number
31448334**

is hereby forfeited to the United States of America pursuant to
Title 21, United States Code, §853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right,
title and interest to the property described above is hereby
condemned, forfeited and vested in the United States of America,

and shall be disposed of.

SO ORDERED this 25th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE