**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                                             No. 4:04CR00189-04 JLH

DEXTER ROSS

## <u>ORDER</u>

Without objection, Dexter Ross's motion for early termination of supervised release is

GRANTED.  Document #287.  Dexter Ross is hereby released from any further supervision.

IT IS SO ORDERED this 4th day of February, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE